## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

#300004960

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 APR 11 PM 2:54

DEPUTY CLERK MS

Rory Robinson
Plaintiff

v.

FedEx Freight
Defendant

3-23CV0770-X

Civil Action No.

**COMPLAINT**

In 2015 I was Racially descriminated, harassed, lied on and eventually fired for asking a question during a preshift meeting about how are all the white employees getting Promotions over the black employees who been there longer and have seniority. I was lied on by leadership I also had paperwork falsified against me. I went from being under going to work doing my job minding my business to write up after write up, coaching after coaching, to being followed around at work being micro managed by Patrick Dunaway. He even was asking employees that I seldomly talked to did they know my social media when he could've easily asked me. I have statements from other employees to support my claim. I have videos of how supervisors used derogatory phrases towards employees and paperwork and pictures on how they purposely gave me certain trailers of

* Attach additional pages as needed.

Date: April 11, 2023
Signature: Rory Rob
Print Name: Rory Robinson
Address: 1101 Lilac Ln
City, State, Zip: Desoto, Tx 75115
Telephone: (214) 732-4019

hand freight that I couldnt move via forklift and I had to use my hands ~~and~~ would eventually be time consuming where I couldnt meet quota, and get an unproductive time write up. And In their summary they an employee a female to be exact that I never talked to at work nor socialized with Came across my page out of curiosity. Its funny cus at the time I was considering converting to muslim so my facebook name wasnt my own, It was a muslim name. So they're say that she randomly clicks on muslim guys pages scroll thru their old videos and watches them. And this prior to Patrick going around asking my fellow employees whats social media. So I belived she was led to my page by Patrick and coached to write a statement. The video was old and I never told them I was at Fed Ex when I made the video I told them to prove to me I was at Fed Ex when I made the comedy video. I was treated unfairly as a hardworking blackman on an all white supervisor dock all because I asked "Why are all the white employees getting promotions over black employees who have seniority". It was peopte their 3plus years getting over looked by white people who were there 3-6 months.

I, Marcus Crowder, was present during the pre-shift meeting when Patrick was giving us the dock duties for the day. Rory then asked Patrick a question regarding overlooking the guys that have seniority for full time positions and giving the positions to the guys that have not been there a long. Patrick responded by saying, "We can talk about this question after the meeting". Rory then said, "I want to talk now while we are in the meeting in font of everyone". Patrick then responded with a harsh stare, "We can talk about it later or forget about it". The entire room went silent and then I asked Patrick, "Why is it when we want to discuss certain things that concern us in the meeting, you always want to talk about them one on one'. Patrick replied saying, "This ain't the meeting for that, we have work to be done".

From this day on, I felt like I became a target of Patrick. I felt this way because I had just returned from FMLA from a fema surgery and I parked in handicap. Patrick wrote me up for this but others have parked there before and he did not write them up. He also started sending me home early. He later lied on me saying that I cursed him on the dock when that never happened. The next day I cursed him out and walked out.

*Marcus Crowder*

I Jaclanion Cole was present during the pre shift meeting after the supervisor Patrick finished giving us the run down for the work we had for that day. He ask the shift so anyone has questions or concerns and Rory raised his hand and asked Patrick how is that all the new people are getting promotions over other people who's been here for years and they just happen to be without color... Patrick told Rory can we discuss this after the meeti and Rory said no we can talk about this in front of everybody meaning the whole shift. The Patrick said never mind then Rory was like ok then we started our shift. Another time I Jaclanion asked Patrick about drivers program he told me they are not doing any drivers app. at the moment. I told Patrick ok if the progra starts I wanna start driving for FedEx he said ok I'll let you know, then like 2 weeks later a person of non color started in this program and this person was new. I been there almost 3y. I believe at that time Patrick didn't have a answers for me when I asked about driver program again!! Just completely looked over

Jaclanion Cole

JS 44 (Rev 10/20) - TXND (10/20)

# CIVIL COVER SHEET

3-23CV0770-X

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rory Robinson

## DEFENDANTS
FedEx Freight

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Sunnyvale
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ORIGINAL
RECEIVED APR 11 2023 MS
CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the civil rights act

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ Greater than $150,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____